HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
VANCE MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VANCE MYERS,<br><br>Defendant. | Case No. 1:18-cr-00232 DAD-BAM<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON**<br><br>Hon. Barbara A. McAuliffe |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant Vance Myers, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for any appearance and all proceedings in this matter. Mr. Myers agrees that his interests shall be represented at all times by the presence of his attorney, Reed Grantham from the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Myers were personally present. This Court has the discretion under Rule 43(b)(2) to permit the defendant's absence.

//

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 18, 2019		*/s/ Reed Grantham*
		REED GRANTHAM
		Assistant Federal Defender
		Attorney for Defendant
		VANCE MYERS

I consent to the above.

Dated: January 18, 2019		*/s/ Original Signature on File*
		VANCE MYERS
		Defendant

# **O R D E R**

GOOD CAUSE APPEARING, the Court grants the Defendant's request for waiver of his personal appearance for all proceedings in this matter.

IT IS SO ORDERED.

Dated: **January 18, 2019**		/s/ *Barbara A. McAuliffe*
		UNITED STATES MAGISTRATE JUDGE