1 HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
2 REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
3 Officer of the Federal Defender
2300 Tulare Street, Suite 330
4 Fresno, CA  93721-2226
Telephone: 559-487-5561
5 Fax: 559-487-5950

6 Attorneys for Defendant
VANCE MYERS
7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No.  1:18-cr-00232-DAD-BAM |
| 12          Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET TRIAL CONFIRMATION AND TRIAL DATE; AND ORDER |
| 13  vs. | |
| 14  VANCE MYERS, | JUDGE: Hon. Barbara A. McAuliffe |
| 15          Defendants. | |

17       IT IS HEREBY STIPULATED by and between the parties hereto through their

18 respective counsel, that the status conference scheduled for April 27, 2022 at 1:00 p.m. be

19 vacated, and that a trial confirmation hearing bet set for October 18, 2022, at 9:00 a.m. and a trial

20 date be set for November 1, 2022 at 9:00 a.m.

21       The parties stipulate that for the purpose of computing time under the Speedy Trial Act,

22 the Court should exclude time from the date of this order through November 1, 2022, for defense

23 preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties

24 agree that the ends of justice are served by resetting the status conference date outweigh the best

25 interest of the public and the defendant in a speedy trial.

26 //

27 //

28 //

|   |   |
|---|---|
|   | Respectfully submitted,<br>PHILLIP A. TALBERT<br>United States Attorney |
| DATED:  April 21, 2022 | */s/ Laurel Montoya*<br>LAUREL MONTOYA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: April 21, 2022 | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorneys for Defendant<br>VANCE MYERS |

# O R D E R

**IT IS SO ORDERED** that the status conference currently scheduled for April 27, 2022, at 1:00 p.m. is hereby vacated, a trial confirmation hearing is set for **October 17, 2022, at 9:00 a.m.** before District Judge Dale A. Drozd and a trial date is set for **November 1, 2022, at 8:30 a.m.** before District Judge Dale A. Drozd. The estimate time of trial is 5-6 days.

The time through April 25, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **April 21, 2022**        /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE

Myers - Stipulation and Order            -2-