1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Officer of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561
5  Fax: 559-487-5950

6  Attorneys for Defendant
   VANCE MYERS
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | Case No.  1:18-cr-00232-DAD-BAM
12 |            Plaintiff,        | STIPULATION TO VACATE TRIAL DATE
   |                              | AND SET STATUS CONFERENCE; ORDER
13 | vs.                          |
   |                              | JUDGE: Hon. Ana de Alba
14 | VANCE MYERS,                 |
15 |            Defendant.        |

17         IT IS HEREBY STIPULATED by and between the parties hereto through their

18 respective counsel, Assistant United States Attorney Laurel Montoya, counsel for plaintiff, and

19 Assistant Federal Defender Reed Grantham, counsel for defendant Vance Myers, that the trial

20 confirmation hearing scheduled for October 17, 2022 at 9:00 a.m., and the trial date scheduled

21 for November 1, 2022, at 8:30 a.m., be vacated, and that a status conference regarding plea be set

22 for December 19, 2022 at 8:30 a.m.

23         This matter was previously set for trial by the parties on April 21, 2022. *See* Dkt. #52. At

24 that time, the parties remained hopeful that a resolution would be reached but knew that an in-

25 person meeting between the parties would be necessary prior to resolving the matter. The parties

26 were able to meet in-person on June 24, 2022, and have been in continued negotiations since that

27 date. On September 9, 2022, the defense provided the government additional information

28 relevant for a resolution in this case. The government is currently evaluating that information and

the parties remain in discussions in this matter. Accordingly, the parties are requesting to vacate the trial confirmation and trial date set, and to set a status conference regarding plea for Monday, December 19, 2022, at 8:30 a.m.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through December 19, 2022, for defense preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice are served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,
PHILLIP A. TALBERT
United States Attorney

DATED:  October 11, 2022    */s/ Laurel Montoya*
LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: October 11, 2022    */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorneys for Defendant
VANCE MYERS

# **O R D E R**

**IT IS SO ORDERED** that the trial confirmation hearing scheduled for October 17, 2022 at 9:00 a.m., and the trial date scheduled for November 1, 2022, at 8:30 a.m., be vacated, and that a status conference regarding plea be set for December 19, 2022 at 8:30 a.m.

The time through December 19, 2022, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   October 12, 2022

UNITED STATES DISTRICT JUDGE