HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Officer of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561
Fax: 559-487-5950

Attorneys for Defendant
VANCE MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VANCE MYERS,<br><br>Defendant. | Case No.  1:18-cr-00232-ADA-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE;  ORDER<br><br>JUDGE: Hon. Ana de Alba |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney Laurel Montoya, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Vance Myers, that the status conference hearing scheduled for December 19, 2022 at 9:00 a.m. be continued to January 30, 2023 at 8:30 a.m. for a status conference regarding change of plea.

This matter was previously set for trial by the parties on April 21, 2022. *See* Dkt. #52. At that time, the parties remained hopeful that a resolution would be reached but knew that an in-person meeting between the parties would be necessary prior to resolving the matter. The parties were able to meet in-person on June 24, 2022, and have been in continued negotiations since that date. On September 9, 2022, the defense provided the government additional information relevant for a resolution in this case. The parties have been in discussions since, and the government is in the process of preparing a plea agreement to provide to the defense.

1   Accordingly, the parties are requesting to continue the status conference regarding change of

2   plea currently set for Monday, December 19, 2022, at 8:30 a.m. to Monday, January 30, 2023, at

3   8:30 a.m.

4        The requested continuance is made with the intention of conserving time and resources

5   for both the parties and the Court. The government is in agreement with this request and the

6   requested date is a mutually agreeable date for both parties. The parties stipulate that for the

7   purpose of computing time under the Speedy Trial Act, the Court should exclude time from the

8   date of this order through January 30, 2023, for defense preparation and investigation, pursuant

9   to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice are served by

10  resetting the status conference date outweigh the best interest of the public and the defendant in a

11  speedy trial.

12

13                                            Respectfully submitted,
14                                            PHILLIP A. TALBERT
                                              United States Attorney
15

16  DATED:  December 14, 2022                  */s/ Laurel Montoya*
                                              LAUREL MONTOYA
17                                            Assistant United States Attorney
                                              Attorney for Plaintiff
18

19                                            HEATHER E. WILLIAMS
                                              Federal Defender
20

21  DATED: December 14, 2022                   */s/ Reed Grantham*
                                              REED GRANTHAM
22                                            Assistant Federal Defender
                                              Attorneys for Defendant
23                                            VANCE MYERS

24

25

26

27

28

1 | **O R D E R**

2    **IT IS SO ORDERED** the status conference hearing scheduled for December 19, 2022 at

3 8:30 a.m. is continued for a further status conference regarding change of plea on January 30,

4 2023 at 8:30 a.m.

5    The time through January 30, 2023, is excluded under the Speedy Trial Act pursuant to

6 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the

7 continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

   Dated:   December 14, 2022

                                        UNITED STATES DISTRICT JUDGE