| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Officer of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |
| 6 | Attorneys for Defendant |
| | VANCE MYERS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:18-cr-00232-ADA-BAM |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |
| vs. | JUDGE: Hon. Ana de Alba |
| VANCE MYERS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney Laurel Montoya, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Vance Myers, that the status conference hearing scheduled for February 13, 2023, at 8:30 a.m. be continued to March 13, 2023, at 8:30 a.m. for a status conference regarding change of plea.

This matter was previously set for trial by the parties on April 21, 2022. *See* Dkt. #52. At that time, the parties remained hopeful that a resolution would be reached but knew that an in-person meeting between the parties would be necessary prior to resolving the matter. The parties were able to meet in-person on June 24, 2022, and have been in continued negotiations since that date. On September 9, 2022, the defense provided the government additional information relevant for a resolution in this case. The parties have been in discussions since, and the government was in the process of preparing a plea agreement to provide to the defense.

On February 7, 2023, the government provided a plea offer in the matter. As a result of this plea offer, undersigned counsel requires an opportunity to discuss this offer with his client and to engage in any further plea negotiations. Accordingly, the parties are requesting to continue the status conference regarding change of plea currently set for February 13, 2023, at 8:30 a.m. to March 13, 2023, at 8:30 a.m.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through March 13, 2023, for defense preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice are served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,
PHILLIP A. TALBERT
United States Attorney

DATED:  February 8, 2023          */s/ Laurel Montoya*
LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: February 8, 2023          */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorneys for Defendant
VANCE MYERS

-2-

**O R D E R**

**IT IS SO ORDERED** the status conference regarding change of plea hearing scheduled for February 13, 2023, at 8:30 a.m. is hereby continued to March 13, 2023 at 8:30 a.m.

The time through March 13, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   February 9, 2023

_____
UNITED STATES DISTRICT JUDGE