1 | HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
2 | REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
3 | Officer of the Federal Defender
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: 559-487-5561
5 | Fax: 559-487-5950

6 | Attorneys for Defendant
VANCE MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:18-cr-00232-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |
| vs. | JUDGE: Hon. Ana de Alba |
| VANCE MYERS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney Laurel Montoya, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Vance Myers, that the status conference hearing scheduled for March 13, 2023, at 8:30 a.m. be continued to April 3, 2023, at 8:30 a.m. for a status conference regarding change of plea.

The parties have been in active and continuous plea discussions in this matter. On February 7, 2023, the government provided a plea offer in the matter. Undersigned counsel has had the opportunity to review the government's initial plea offer with Mr. Myers and the parties remain in discussions regarding this matter. Accordingly, undersigned counsel requires an opportunity to further discuss this offer with his client and to engage in further plea negotiations with the government. As a result, the parties are requesting to continue the status conference regarding change of plea currently set for March 13, 2023, at 8:30 a.m. to April 3, 2023, at 8:30

1  a.m.

2       The requested continuance is made with the intention of conserving time and resources
3  for both the parties and the Court. The government agrees with this request and the requested
4  date is a mutually agreeable date for both parties. The parties stipulate that for the purpose of
5  computing time under the Speedy Trial Act, the Court should exclude time from the date of this
6  order through April 3, 2023, for defense preparation and investigation, pursuant to 18 U.S.C. §
7  3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice are served by resetting the
8  status conference date outweigh the best interest of the public and the defendant in a speedy trial.

                                            Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            United States Attorney

DATED:  March 8, 2023                  */s/ Laurel Montoya*
                                            LAUREL MONTOYA
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

                                            HEATHER E. WILLIAMS
                                            Federal Defender

DATED: March 8, 2023                   */s/ Reed Grantham*
                                            REED GRANTHAM
                                            Assistant Federal Defender
                                            Attorneys for Defendant
                                            VANCE MYERS

**O R D E R**

**IT IS SO ORDERED** the status conference regarding change of plea hearing scheduled for March 13, 2023, at 8:30 a.m. is hereby continued to April 3, 2023, at 8:30 a.m.

The time through April 3, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   March 9, 2023

UNITED STATES DISTRICT JUDGE

-3-