| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664<br>Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171<br>Assistant Federal Defender |
| 3 | Officer of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |
| 6 | Attorneys for Defendant<br>VANCE MYERS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:18-cr-00232-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING;  ORDER |
| vs. | JUDGE: Hon. Ana de Alba |
| VANCE MYERS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Assistant United States Attorney Laurel Montoya, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Vance Myers, that the status conference hearing scheduled for April 3, 2023, at 8:30 a.m. be continued to April 17, 2023, at 8:30 a.m. for a status conference regarding change of plea.

The parties have been in active and continuous plea discussions in this matter. On February 7, 2023, the government provided a plea offer in the matter. Thereafter, undersigned counsel reviewed the government's initial plea offer with Mr. Myers, and submitted a response with additional questions to the government. The government provided an updated plea agreement on March 28, 2023. Undersigned counsel requires an opportunity to further discuss this offer with his client and to finalize plea negotiations. As a result, the parties are requesting to continue the status conference regarding change of plea currently set for April 3, 2023, at 8:30

a.m. to April 17, 2023, at 8:30 a.m.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through April 3, 2023, for defense preparation and investigation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice are served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED:  March 29, 2023          */s/ Laurel Montoya*
LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: March 29, 2023           */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorneys for Defendant
VANCE MYERS

# **O R D E R**

**IT IS SO ORDERED** the status conference regarding change of plea hearing scheduled for April 3, 2023, at 8:30 a.m. is hereby continued to April 17, 2023 at 8:30 a.m.

The time through April 17, 2023, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   March 30, 2023

_____
UNITED STATES DISTRICT JUDGE