PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00232-ADA-BAM |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| VANCE FRANKLIN MYERS, | |
| Defendant. | |

Based upon the plea agreement entered between the United States of America and defendant Vance Franklin Myers, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 16 U.S.C. § 470gg(b)(1) and 28 U.S.C. § 2461(c), defendant Vance Franklin Myers' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. All archeological resources not already turned over to the U.S. Forest Service, and
   b. All screens, shovels, GPS devices, maps, notations, and other property used to locate and excavate archeological resources.

2. The above-listed property constitutes archaeological resources and equipment used in connection with a violation of 16 U.S.C. §§ 470ee(a) and (d).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The property shall be seized and held by the United States Forest Service, in their secure custody and control.

4.	a.	Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.	This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.	If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 16 U.S.C. § 470gg(b)(1) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   May 12, 2023

_____
UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture