HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VANCE MYERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VANCE MYERS,<br><br>Defendant. | Case No.: 1:18-cr-00232-ADA-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER**<br><br>Judge: Hon. Ana de Alba<br>Date:   September 5, 2023<br>Time:  8:30 a.m. |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Laurel Montoya, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Vance Myers, that the sentencing hearing currently scheduled in the above-captioned matter for August 7, 2023, at 8:30 a.m., before the Honorable Ana de Alba, be continued to September 5, 2023, at 8:30 a.m.

On April 17, 2023, Mr. Myers entered a guilty plea to Counts 1 and 2 of the Indictment. *See* Dkt. #58. At that time, the matter was set for sentencing on August 7, 2023. *See* Dkt. #68. The draft Presentence Investigation Report (PSR) was filed on June 28, 2023, and the final PSR was filed on July 19, 2023. *See* Dkt. #71, #72. The defense is in the process of requesting and obtaining records and documents relevant for sentencing in this matter. As a result, a brief continuance is requested for sentencing.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 1, 2023  /s/ Laurel Montoya
LAUREL MONTOYA
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: August 1, 2023  /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
VANCE MYERS

## **O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, August 7, 2023, at 8:30 a.m. be continued to Tuesday, September 5, 2023, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   August 2, 2023

UNITED STATES DISTRICT JUDGE

Myers – Stipulation
and Proposed Order

2