PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00232-ADA-BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| VANCE FRANKLIN MYERS, | |
| Defendant. | |

## **ORDER**

This matter comes before the Court pursuant to the motion of the United States requesting an Order be issued dismissing the remaining counts of the Indictment and making final the Preliminary Order of Forfeiture previously filed.

IT IS HEREBY ORDERED that Counts Three and Four of the Indictment be dismissed in the interest of justice.

IT IS FURTHER ORDERED that the Preliminary Order of Forfeiture filed May 12, 2023, is hereby made final as to the defendant and incorporated in the judgment.

IT IS SO ORDERED.

Dated:   September 5, 2023

_____
UNITED STATES DISTRICT JUDGE

1